APPEAL NUMBER: 15-12983-E

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

N.P.V. REALTY CORPORATION,
d/b/a Park Place Apartments,

      Plaintiff,

vs.

NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY and NATIONWIDE MUTUAL
INSURANCE COMPANY,

      Defendants.

_____/

**JOINT MOTION TO DISMISS APPEAL WITH PREJUDICE**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    COME NOW Appellant, N.P.V. REALTY CORPORATION d/b/a Park Place Apartments, and Appellees, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY, (collectively, "the Parties"), by and through undersigned counsel and pursuant to Fed.R.App.P. 26.1 and 11th Cir. R. 42-1, and hereby file their Certificate of Interested Persons and Corporate Disclosure Statement.

C 1 of 2

Alisa Management, LLC

Bill, Michael T.

Cardillo Law Firm

Cardillo, Peter M.

Cardillo, Matthew J.

Duval, Deborah R.

Hall, Megan M.

Lusko, M. Justin

Mt. Nobscot Realty Corporation

Nationwide Mutual Fire Insurance Company

Nationwide Mutual Insurance Company

N.P.V. Realty Corporation

Park Place Apartments

Porter, Ronald A.

Young, B. Richard

Young, Bill, Roumbos & Boles, P.A.

COME NOW Appellant, N.P.V. REALTY CORPORATION d/b/a Park Place Apartments, and Appellees, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY, (collectively, "the Parties"), by and through undersigned counsel and pursuant to Fed.R.App.P. 42 and 11th Cir. R. 42-1, and hereby respectfully request that this Honorable Court dismiss the present appeal with prejudice. In support thereof, the parties state as follows:

1. N.P.V. REALTY CORPORATION, d/b/a Park Place Apartments ("N.P.V.") filed its Notice of Appeal in the United States District Court for the Middle District of Florida, Tampa Division, on July 6, 2015. Therein, N.P.V. notified the court and the Parties of its appeal of the trial court's order rendered on June 3, 2015.

2. In its June 3, 2015 Order, the lower court dismissed Counts I, II, and III of N.P.V.'s Complaint against NATIONWIDE MUTUAL FIRE INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY ("NATIONWIDE") with prejudice and directed the Clerk of Court to enter judgment in favor of the defendants.

3. The present appeal was docketed in this Court on July 10, 2015.

4. The Parties have reached an agreement resolving the dispute between them. Therefore, the Parties jointly request that this Court dismiss the present appeal with prejudice.

5. The Parties will each bear their own costs associated with the present appeal.

Respectfully submitted this 23rd day of July, 2015.

        **s/ Megan M. Hall**
**B. RICHARD YOUNG**
Florida Bar No.: 442682
ryoung@flalawyer.net
**MEGAN M. HALL**
Florida Bar No,: 41695
mhall@flalawyer.net
Young, Bill, Roumbos & Boles, P.A.
Post Office Drawer 1070
Pensacola, Florida  32591-1070
Telephone (850) 432-2222
Facsimile (850) 432-1444
Attorneys for NATIONWIDE MUTUAL FIRE INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY

        **s/ Peter M. Cardillo**
**PETER M. CARDILLO**
Florida Bar No.: 350052
pete@cardillolaw.com

2

Cardillo Law Firm
2707 W. Azeele St., Ste. 100
Tampa, FL 33609
Telephone (813) 801-9050
Facsimile (813) 831-7747
Attorneys for N.P.V. REALTY CORPORATION, d/b/a Park Place Apartments

**s/ Matthew J. Cardillo**
**MATTHEW J. CARDILLO**
Florida Bar No.: 863361
matt@mattcardillolaw.com
Matt Cardillo, P.A.
2707 W. Azeele Street, Ste 102
Tampa, FL 33609
Telephone (813) 490-2697
Facsimile (813) 831-7747
Attorneys for N.P.V. REALTY CORPORATION, d/b/a Park Place Apartments